M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

LINDA REIBENSTEIN, AS THE
ADMINISTRATRIX OF THE ESTATE OF
MARY ANN WHITMAN, DECEASED

v.

CHARLES BARAX, M.D.; AND MERCY
HOSPITAL, SCRANTON

_____

LINDA REIBENSTEIN, AS THE
ADMINISTRATRIX OF THE ESTATE OF
MARY ANN WHITMAN, DECEASED

v.

PATRICK D. CONABOY, M.D.; AND
COGNETTI & CONABOY FAMILY
PRACTICE, P.C.

PETITION OF: PATRICK D. CONABOY,
M.D. ; AND COGNETTI & CONABOY
FAMILY PRACTICE, P.C.

No. 616 MAL 2020

Petition for Allowance of Appeal
from the Order of the Superior
Court

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2021, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

(1) Whether, in an issue of first impression and statewide importance, this Court
should accept this appeal and rule that "cause of death", as it appears in
MCARE's statute of limitations (40 P.S. § 1303.513(d) ("Statute of
Repose")), refers to medical cause of death, and not "conduct leading to
death" (or legal cause of death) as Superior Court erroneously held, and

vacated a Superior Court precedential decision that is directly at odds with MCARE's plain meaning and stated purposes?

(2) Whether, in an issue of first impression and statewide importance, this Court should accept this appeal to clarify that the statute of limitations on a wrongful death or survival act claim may only be tolled under section 513(d) of MCARE (40 P.S. § 1303.513(d) ("Statute of Repose")), where a plaintiff proves that the defendant against whom the claims are asserted (and not a third party) affirmatively misrepresented or fraudulently concealed decedent's cause of death?

Petitioner's Application to File a Reply Brief is **DENIED**.

Justice Donohue did not participate in the consideration or decision of this matter.